## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>VIRGEN MILAGROS RODRIGUEZ LOPEZ<br><br>DEBTOR (S) | CASE NO: 15-04463 (MCF)<br><br>CHAPTER: 13 |

### NOTICE OF APPEARANCE & REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

      **COMES NOW**, USDA Rural Development, holder of a secured claim through the undersigned attorney and very respectfully states as follows:

      The appearing party, a creditor in the above captioned case, is represented by the undersigned counsel in all judicial proceedings pending before this Honorable Court.

      **WHEREFORE**, it is respectfully prayed that the Master Address List be amended so as to permit future notice addressed to appearing party be also served upon the undersigned counsel at the following address:

1. Electronic notices may be sent to: bkfilings@fortuno-law.com

2. Written notices may be sent to:      JUAN C. FORTUÑO FAS
      PO BOX 9300
      SAN JUAN, PR. 00908

RESPECTFULLY SUBMITTED,

In Guaynabo, Puerto Rico, this 28th day of October 2016.

### CERTIFICATE OF SERVICE

      I hereby certify that on the same date above I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee Alejandro Oliveras Rivera (aorecf@ch13sju.com), and debtor's attorney Roberto Figueroa-Carrasquillo (cmecf@rfclawpr.com; rf@rfclawpr.com). I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant(s): Debtor(s), Virgen Milagros Rodriguez Lopez, at Urb. Ext Bella Vista, 8 Flamboyan Street, Aibonito, PR 00705.

/s/ Juan C. Fortuño Fas
JUAN C. FORTUÑO FAS
USDCPR 211913
P.O. BOX 13786
SAN JUAN, PR 00908
TEL. 787-751-5290
FAX. 787-751-6155
e-mail: bkfilings@fortuno-law.com